UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMORRIS LANE,<br><br>        Petitioner,<br><br>    v.<br><br>SUPERIOR COURT, COUNTY OF SACRAMENTO, CA,<br><br>        Respondent. | No. 2:19-cv-2320 TLN DB P<br><br>ORDER |

Petitioner is a civilly committed pretrial detainee who is currently housed in county jail. (See ECF No. 1 at 2, 8) (stating petitioner is awaiting trial, was deemed incompetent to stand trial in July 2019, and is currently hospitalized). He is proceeding pro se and has filed a petition for writ of habeas corpus. (ECF No. 1). Petitioner, however, did not file the pleading on one of this court's forms. (See generally id.).

The court requires all petitions for writ of habeas corpus to be filed on the proper form. Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. See Rule 2(c), Rules Governing § 2254 Cases.

Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form. Furthermore, although petitioner may submit a separate

memorandum to support his petition for relief, the court's application form must contain all relevant claims, and it must provide the court with all necessary information.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus, filed November 18, 2019 (ECF No. 1), is DISMISSED with leave to amend within thirty days from the date of this order;

2. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "First Amended Petition," and

3. The Clerk of Court is directed to send petitioner a copy of this court's 28 U.S.C. § 2254 habeas corpus application.

Dated: December 2, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.HABEAS/lane2320.115