1
2
3
4
5
6

7                      UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   DEMORRIS LANE,                          No.  2:19-cv-02320 TLN DB P

11                 Petitioner,

12        v.                                 FINDINGS AND RECOMMENDATIONS

13   SUPERIOR COURT, COUNTY OF
     SACRAMENTO, CA,
14
15                 Respondent.

16

17        Petitioner, proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28

18   U.S.C. § 2254.  By order dated June 7, 2021, the court ordered petitioner to inform the court

19   whether he had exhausted his claims before the highest state court.  (ECF No. 12.)  Petitioner was

20   informed that if he had not presented these claims to the highest state court, the petition must be

21   dismissed.  (Id.)  Plaintiff was given thirty days to inform the court as to whether he had

22   presented any federal constitutional claims to the California Supreme court.  (Id. at 3.)  Plaintiff

23   was warned that failure to abide by the court's order would result in a recommendation that this

24   action be dismissed.  (Id.)

25        Thirty days have passed.  Plaintiff has not informed the court if he believes he exhausted

26   these claims, requested additional time to file any of these documents, updated his address, or

27   otherwise responded to the court's order.  Accordingly, the court will recommend that this action

28   be dismissed for failure to prosecute and failure to comply with court orders.

                                          1

1     For the reasons state above, IT IS HEREBY RECOMMENDED that this action be

2    dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

3     These findings and recommendations are submitted to the United States District Judge

4    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after

5    being served with these findings and recommendations, plaintiff may file written objections with

6    the court and serve a copy on all parties.  Such a document should be captioned

7    "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

8    failure to file objections within the specified time may waive the right to appeal the District

9    Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

10   Dated:  September 27, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

16  DB:14
DB/DB Prisoner Inbox/Habeas/R/lane2320.fr.dism

2